# LAWRENCE MARK STERN, Attorney at Law
### 100 Hudson Street, #6A, New York, New York 10013
### 212-925-6863   fax  212-925-6850   lmstern@verizon.net

September 29, 2010

Hon. Eric N. Vitaliano
United States District Court
Eastern District of New York          Re: US v. Konstantinos Papachristou
225 Cadman Plaza East                          09 Cr. 128 ENV
Brooklyn, New York 11201
Dear Judge Vitaliano,

        This letter addresses the government's request for defendant's medical records. The defendant has no objection to the government seeing those records relevant to  defendant's ability to participate in the preparation of his defense and trial, but I, as his counsel, should have the opportunity to review the records first to ensure that other private and privileged matters that may be in the records are not disclosed. If, upon my review, I determine that there are such matters, I would redact them and then send copies of the redacted records to the Court and government. Defendant's lack of objection to disclosure under these conditions is, of course, premised on his Constitutional right that nothing so disclosed for these pretrial issues tangential to the guilt phase of the proceedings be admissable by the government for any purposes at trial.

        I telephoned the office of defendant's current doctor yesterday and left the message requesting  a copy of the complete records. I was told that the doctor would contact me, but as of the writing of this letter this morning, I have not received a call. I will, of course, update the Court and parties on the progress of obtaining the records.

        Thank you for your attention.

Respectfully,

LAWRENCE MARK STERN
Attorney for Defendant

cc: Martin Coffey, AUSA
    John Wallenstein, Esq.